UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

VERNON OSCAR TAYLOR,

    Plaintiff,

v.                               CAUSE NO. 3:23-CV-930 DRL-MGG

LIPPERT COMPONENTS,

    Defendant.

## ORDER

The court afforded Vernon Oscar Taylor an opportunity to file an amended complaint that complies with the federal rules by November 17, 2023, cautioning him that failure to comply with this deadline, plead federal jurisdiction, pay the filing fee or file for *in forma pauperis* status, or file a rule-compliant complaint would result in the dismissal of his case without further notice [3]. He has filed nothing since that order. Accordingly, the court DISMISSES Mr. Taylor's case as abandoned under Federal Rule of Civil Procedure 41.

SO ORDERED.

November 22, 2023                                 *s/ Damon R. Leichty*
                                                          Judge, United States District Court